**Trumilla FOREMAN, Plaintiff— Appellant,**

v.

**Allen WEINSTEIN, Doctor; National Archives and Records Administration, Defendants—Appellees.**

No. 07–1398.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2007.

Decided: Dec. 17, 2007.

Trumilla Foreman, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Neil Ray White, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trumilla Foreman appeals the district court's order granting summary judgment to the Defendants in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Foreman v. Weinstein,* 485 F.Supp.2d 608 (D.Md.2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*